Gregory Walker, administrator of the estate of Donald E. Bush, deceased, appellee, v. City of Chicago, appellant. Gen. No. 34,811.

Opinion filed May 19, 1931.

Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellant; Robert G. Lewis and Matilda Fenberg, Assistant City Attorneys, and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. Eugene C. O'Reilly and Charles C. Spencer, for appellee.

Mr. Justice Kerner delivered the opinion of the court.